IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ISRAEL MOSES JONES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. CV420-191 |
| ) | |
| WARDEN BRAD HOOKS, ) | |
| ) | |
| Respondent. ) | |

## O R D E R

Before the Court is the Magistrate Judge's September 2, 2021, Report and Recommendation (Doc. 14), to which Petitioner has not filed objections.[1] After a careful review of the record,[2] the Report and Recommendation (Doc. 14) is **ADOPTED** as the Court's opinion in this case. As a result, this action is **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

Applying the Certificate of Appealability (COA) standards set forth in Brown v. United States, Nos. 407CV085, 403CR001, 2009 WL 307872, at *1 (S.D. Ga. Feb. 9, 2009), the Court discerns no COA-

---

[1] The Court granted Petitioner multiple extensions of time to file objections, most recently granting him a 60-day extension which expired on April 1, 2022. (Docs. 16, 23.)
[2] The Court reviews de novo a magistrate judge's findings to which a petitioner objects, and the Court reviews for clear error the portions of a report and recommendation to which a petitioner does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam) (outlining the standard of review for report and recommendations)).

worthy issues at this stage of the litigation, so no COA should issue either. 28 U.S.C. § 2253(c)(1); Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts ("The district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant.").

SO ORDERED this 14th day of April 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA